**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Arminda J. Gomez
A/K/A Armida J. Gomez-Euvin

Case No. 15-29587-AJC
Chapter 13

Debtors
_______________________________/

**OBJECTION BY WELLS FARGO BANK, NA**
**TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

Wells Fargo Bank, NA ("Creditor"), by and through its undersigned counsel, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor avers as follows: Creditor holds a first mortgage lien on real property owned by the Debtor located at 15349 SW 39 TERRACE, MIAMI, FL 33185.

1. Debtor has filed an ex-parte Motion to approve Final Modification with Well Fargo Home Mortgage (DE # 81).
2. The Motion was granted (DE # 86).
3. The Plan fails to provide for payment of the full post-petition final modification monthly payment amount due through the Plan. Pursuant to the modification, the monthly payment is $1,339.40 starting April 1, 2017.
4. The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C §361. In addition, Creditor does not agree to such treatment through the Plan.

**WHEREFORE**, Creditor, Wells Fargo Bank, NA**,** respectfully requests the Court deny confirmation of the proposed 2nd Modified Plan and grant it such additional relief as the Court deems just and proper.

**I HEREBY CERTIFY** , that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail, to the following:

ARMINDA J. GOMEZ
A/K/A ARMIDA J. GOMEZ-EUVIN
15349 SW 39 TERRACE
MIAMI, FL 33185

RICARDO CORONA, ESQ
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL 33126

NANCY K. NEIDICH, (TRUSTEE)
P.O. BOX 279806
MIRAMAR, FL 33027

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVENUE, ROOM 1204
MIAMI, FL 33130

Date: April 18, 2017

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email:
FLSD.bankruptcy@phelanhallinan.com