B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District Of Florida

In re: ARMINDA J GOMEZ                                    Case No. 15-29587

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wollemi Acquisitions, LLC c/o AIS Portfolio Services, LP | Santander Consumer USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Court Claim # (if known): 1-1
Amount of Claim: $11,085.55
Date Claim Filed: 12/04/2015

Phone: (817)277-2011
Last Four Digits of Acct #: 3772

Phone: _____
Last Four Digits of Acct. #: 5059

Name and Address where transferee payments should be sent (if different from above):
Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent
PO Box 4138
Houston, TX 77210-4138

Phone: (817)277-2011
Last Four Digits of Acct #: 3772

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alka Pawar                                        Date 1/16/2018
     Wollemi Acquisitions, LLC by AIS Portfolio Services, LP as agent
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.